# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALAN ANTON, | No. CV 02-1116 DDP (CW) |
|     Petitioner, | JUDGMENT |
|     v. | |
| A.K. SCRIBNER (Warden), | |
|     Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: June 9, 2011

                                          DEAN D. PREGERSON
                                    United States District Judge